# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHRISTOPHER A. ZALEWSKI & KAREN M. ZALEWSKI          Case Number: 04-72899
127 GLENBROOK TRL.                          SSN-xxx-xx-7431 & xxx-xx-0823
MCHENRY, IL  60050

|  |  |
|---|---|
| Case filed on: | 6/3/2004 |
| Plan Confirmed on: | 8/27/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $26,918.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,093.00 | 1,093.00 | 1,093.00 | 0.00 |
|  | Total Legal | 1,093.00 | 1,093.00 | 1,093.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | CHRISTOPHER A. ZALEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | BANK ONE | 5,976.63 | 5,976.63 | 5,976.63 | 421.98 |
| 003 | CITY HOME EQUITY | 27,902.11 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 255.10 | 255.10 | 255.10 | 0.00 |
| 019 | CITY HOME EQUITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 34,133.84 | 6,231.73 | 6,231.73 | 421.98 |
|  |  |  |  |  |  |
| 001 | AMERICREDIT | 5,323.51 | 0.00 | 0.00 | 0.00 |
| 005 | B-FIRST LLC | 17,296.95 | 17,296.95 | 6,700.41 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 20,359.76 | 20,359.76 | 7,886.86 | 0.00 |
| 007 | CITIMORTGAGE | 944.69 | 944.69 | 365.95 | 0.00 |
| 008 | CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 3,781.80 | 3,781.80 | 1,464.98 | 0.00 |
| 010 | LVNV FUNDING LLC | 434.88 | 434.88 | 168.46 | 0.00 |
| 011 | GOLD KEY CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,429.05 | 1,429.05 | 553.58 | 0.00 |
| 014 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 84.62 | 84.62 | 32.78 | 0.00 |
| 016 | PACSUN-WFNNB-PACIFIC SUNWEAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 562.11 | 562.11 | 217.75 | 0.00 |
|  | Total Unsecured | 50,217.37 | 44,893.86 | 17,390.77 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 85,444.21 | 52,218.59 | 24,715.50 | 421.98 |

| | |
|---|---|
| Total Paid Claimant: | $25,137.48 |
| Trustee Allowance: | $1,780.52 |
| Percent Paid Unsecured: | 38.74 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan